**Deny and Opinion Filed October 21, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00899-CV

### IN RE KYLE CHRON, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05269-2021**

## ORDER
Before Justices Molberg, Reichek, Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's motion to stay as moot.


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE